THE STATE, EX REL. PHEILS ET AL., APPELLANTS, *v.* BATES, JUDGE, APPELLEE.

[Cite as *State, ex rel. Pheils, v. Bates* (1991), 62 Ohio St.3d 6.]

(No. 91–382—Submitted July 31, 1991—Decided September 18, 1991.)

*David R. Pheils, Jr.* and *Marshall D. Wisniewski, pro se.*

Appellants, attorneys David R. Pheils, Jr. and Marshall D. Wisniewski, seek to prohibit appellee, Lucas County Common Pleas Court Judge James D. Bates, from enforcing an order requiring them to retain counsel in two actions before that court. Appellants cite *Svoboda v. Brunswick* (1983), 6 Ohio St.3d 348, 349, 6 OBR 403, 404, 453 N.E.2d 648, 649, to show that appellee has no

SWEENEY, DOUGLAS and WRIGHT, JJ., concur.

HOLMES, J., concurs in judgment only.

MOYER, C.J., H. BROWN and RESNICK, JJ., dissent.